FILED

AUG -1 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN WAYNE BOND LENOX,<br><br>Defendant. | CR 14-00022-BLG-SPW-1<br><br>ORDER |

For the reasons stated on the record, NORMAN WAYNE BOND LENOX is hereby released from the custody of the U.S. Marshals Service.

DATED this 1st day of August, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1