

FILED

SEP 1 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN WAYNE BOND LENOX,<br><br>Defendant. | Cause No. CR 14-22-BLG-SPW<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

On August 19, 2020, Defendant Lenox, acting pro se, filed a pro se motion seeking termination of his five-year term of supervised release. Lenox served 66 months and 9 days in prison. He has served just over a year on supervised release. (Doc. 130 at 2; *See also* Amended Judgment, Doc. 124).

The United States objects to the early termination of a defendant who has not served at least 75% of their supervised term. Lenox has served 20% of his term. (Doc. 130 at 3).

The Court appreciates the progress Lenox has made since being placed on supervised release. According to the defendant's letter, Lenox has successfully secured employment as an apprentice electrician and reconnected with his son. (Doc. 129). This information gives the Court hope that Lenox is on the path to turning his life around as a productive member of society and as a father. However, the Court is cautious of Lenox's request at such an early stage in his supervised

1

term and is not convinced that such an action is both "warranted by the conduct of the defendant" and in service of "the interest of justice." 18 U.S.C. § 3583(e)(1). The Court does not want to discourage Lenox from continuing his current path, but there is more progress to be made. Lenox's conduct has been commendable. However, it is not sufficient to warrant early termination after only a year.

Accordingly, IT IS HEREBY ORDERED that Lenox's motion for early termination of supervised release (Doc. 129) is DENIED.

DATED this 1st day of September, 2020.

Susan P. Watters
United States District Court